**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7697

WILLIAM WASHINGTON,

Plaintiff - Appellant,

v.

MCCORMICK CORRECTIONAL INSTITUTION; COLLIE RUSHTON, Warden;
C.E. PRATT, Lieutenant; A. WRIGHT, Sgt.,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  G. Ross Anderson, Jr., District
Judge.  (0:07-cv-00026)

Submitted:  February 20, 2008          Decided:  June 11, 2008

Before MICHAEL and MOTZ, Circuit Judges,  and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Washington, Appellant Pro Se.  James Victor McDade, DOYLE,
O'ROURKE, TATE & MCDADE, P.A., Anderson, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Washington appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Washington v. McCormick Corr. Inst.</u>, No. 0:07-cv-00026 (D.S.C. Oct. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>